UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CR-00179-BR

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )
                                  )          ORDER
                                  )
SARAH ASHLEY ROGERS               )
                                  )

This matter is before the court on defendant's letter filed 8 August 2016.   (DE # 57.)   In the letter, defendant requests that the court defer payments made through the Inmate Financial Responsibility Program ("IFRP") pending her completion of the Residential Drug Abuse Treatment Program.   To modify or challenge any obligations under the IFRP, a defendant must first exhaust her administrative remedies and then file a motion under 28 U.S.C. 2241 in the district of her incarceration.   See Fontanez v. O'Brien, 807 F.3d 84, 87 (4th Cir. 2015) (holding that an inmate's challenge to the administration of the IFRP is cognizable under § 2241); United States v. Mathis, No. 5:12-CR-319-FL, 2015 WL 3948270, at *2-3 (E.D.N.C. June 29, 2015) (holding that defendant's motion to modify payments made through IFRP must be brought under § 2241 after exhaustion of administrative remedies).   Accordingly, defendant's 8 August 2016 letter, to the extent it could be deemed a motion, is DENIED WITHOUT PREJUDICE to defendant filing a § 2241 motion in the district where she is confined.

This 19 October 2016.


_____
          W. Earl Britt
          Senior U.S. District Judge